BRADLEY PAUL ELLEY, ESQ.
Nevada Bar No. 658
120 Country Club Drive, Suite 5
Incline Village, NV 89451
Telephone: (775) 831-8800
brad@bpelleylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW KALLAS,<br><br>Plaintiff,<br><br>vs.<br><br>WHITE HAWKS AUTO LLC, a California limited liability company, TEMPUS LOGIX, INC., a California corporation, NORTHLAND INSURANCE COMPANY, a Connecticut corporation, LUBERNER INTERNATIONAL INSURANCE AGENCY, INC., and DOES 1-15,<br><br>Defendants. | Case No. 2:24-cv-02385-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME TO FILE A DISCOVERY SCHEDULING ORDER (First Request)** |

Plaintiff ANDREW KALLAS and defendants WHITE HAWKS AUTO LLC, ("WHITE HAWKS") NORTHLAND INSURANCE COMPANY ("NORTHLAND") and LUBERNER INTERNATIONAL INSURANCE AGENCY, INC. stipulate that the parties may have an additional seven days to file their Discovery Scheduling Order which is due on February 4, 2025. The new date will be February 11, 2025.

The reason for the stipulation is that plaintiff, WHITE HAWKS and NORTHLAND are in active settlement discussions. This additional time will allow the parties to finalize these discussions.

1

| | |
|---|---|
| DATED: February 4, 2025 | DATED: February 4, 2025 |
| | THORNDAL ARMSTRONG, PC |
| /s/ Bradley Paul Elley | |
| BRADLEY PAUL ELLEY, ESQ. | By: /s/ Bruce Scott Dickinson |
| Nevada Bar No. 658 | Bruce Scott Dickinson, Esq. |
| 120 Country Club Drive, Suite 5 | Nevada Bar No. 2297 |
| Incline Village, NV 89451 | Aileen E. Cohen, Esq. |
| Brad@bpelleylaw.com | 600 S. Las Vegas Blvd., Suite 400 |
| | Las Vegas, NV 89101 |
| Attorney for Plaintiff | bsd@thorndal.com |
| | aec@thorndal.com |
| | |
| | Attorneys for White Hawks Auto LLC. |
| DATED: February 4, 2025 | Dated: February 4, 2025 |
| RAY LEGO & ASSOCIATES | |
| By:/s/ Timothy F. Hunter | /s/ Luz Mejia |
| Timothy F. Hunter, Esq. | Luz Mejia |
| Nevada Bar No. 010622 | Luberner International Ins. Agency Inc. |
| 7450 Arroyo Crossing Parkway, Suite 250 | 13303 S. Inglewood Ave. |
| Las Vegas, NV 89113 | Hawthorne, CA 90250 |
| tfhunter@travelers.com | lmejia@lubemerinsurance.com |
| Attorney for Northland Insurance Company | DEFENDANT IN PRO PER |
| | |
| McMICKLE, KUREY & BRANCH, LLP | |
| Scott W. McMickle, Esq. | |
| 217 Roswell St., Ste. 200 | |
| Alpharetta, GA 30009 | |
| swm@mkblawfirm.com | |
| | |
| Pro Hac Vice Attorney for Northland Insurance Company | |

///

///

///

IT IS SO ORDERED: Denied without prejudice  Stipulation does not comply with LR IA 6-2, which states, in relevant part, that the judge's signature block "must not begin on a separate page; it must appear approximately 1 inch below the last typewritten matter on the right-hand side of the last page of the stipulation or ex parte or unopposed motion…." The parties may submit an amended stipulation in compliance with LR IA 6-2.

Dated: 2-6-25

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of the office of Bradley Paul Elley, Esq. and that, on this date, a true and correct copy of **STIPULATION AND ORDER TO EXTEND THE TIME TO FILE A DISCOVERY SCHEDULING ORDER (FIRST REQUEST)** was served via the United States District Court CM/ECF system and a copy was sent by electronic notice to the following:

Bruce Scott Dickinson, Esq.
Aileen E. Cohen, Esq.
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
email: bsd@thorndal.com
email: aec@thorndal.com

Attorneys for White Hawks Auto LLC.

Timothy F. Hunter, Esq.
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113
tfhunter@travelers.com

Attorney for Northland Insurance Company

Scott W. McMickle, Esq.
McMICKLE, KUREY & BRANCH, LLP
217 Roswell St., Ste. 200
Alpharetta, GA 30009
swm@mkblawfirm.com

Pro Hac Vice Attorney for Northland Insurance Company

I further certify I caused to be deposited in the United States mail, at Incline Village, Nevada, a true and correct copy of **STIPULATION AND ORDER TO EXTEND THE TIME TO FILE A DISCOVERY SCHEDULING ORDER (FIRST REQUEST)** by placing the same in a sealed envelope upon which First Class postage was fully prepaid, addressed as follows:

Luz Mejia
Luberner International Ins. Agency Inc.
13303 S. Inglewood Ave.
Hawthorne, CA 90250

A copy was also sent by email to: lmejia@lubemerinsurance.com

DATED: February 4, 2025.

/s/ Elizabeth Lintner
ELIZABETH LINTNER