```
1  BRUCE SCOTT DICKINSON, ESQ.
   Nevada Bar No. 002297
2  AILEEN E. COHEN, ESQ.
   Nevada Bar No. 005263
3  THORNDAL ARMSTRONG, PC
4  600 S. Las Vegas Blvd., Suite 400
   Las Vegas, NV  89101
5  TEL: (702) 366-0622
   FAX: (702) 366-0327
6
   email:  bsd@thorndal.com
7  email:  aec@thorndal.com

8  Attorneys for White Hawks Auto LLC.
9
```

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW KALLAS,<br><br>　　　　Plaintiff<br><br>v.<br><br>WHITE HAWKS AUTO LLC, a California limited liability company, TEMPUS LOGIX, INC., a California corporation, NORTHLAND INSURANCE COMPANY, a Connecticut corporation, LUBERNER INTERNATIONAL INSURANCE AGENCY, INC., and DOES 1-15,<br><br>　　　　Defendants | CASE NO.: 2:24-cv-02385-CDS-MDC<br><br>**Stipulation of Dismissal with Prejudice** |

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, Andrew Kallas, and Defendants, White Hawks Auto LLC, Northland Insurance Company and Luberner International Insurance Agency, Inc, that the aforementioned defendants may be dismissed with prejudice, each party shall bear their own costs and fees. This stipulation is contingent upon the Court granting Northland Insurance and White Hawks Auto's Motion for good faith settlement [ECF 28].

This settlement does not affect the plaintiff's Cause of Action against the remaining defendant, TEMPUS LOGIX, INC, whose default was entered on February 19, 2025 [ECF 22] or any defenses thereto.

DATED this 20th day of June 2025.

By: /s/ *Bradley Paul Elley*
Bradley Paul Elley, Esq
120 Country Club Dr., Suite 5
Incline Village, NV 89451
Tel: (775) 831-8800 brad@bpelleylaw.com

Attorneys for Plaintiff

DATED this 20th day of June 2025

DEFENDANT IN PRO PER

By: /s/ *Luz Mejia*
Luz Mejia
Luberner International Ins. Agency Inc.
13303 S. Inglewood Ave.
Hawthorne, CA 90250
Ph: 424-456-7354 / Fax:424-456-4907
lmejia@lubemerinsurance.com

DATED this 20th day of June, 2025.

THORNDAL ARMSTRONG, PC

By: /s/ Bruce Dickinson
Bruce Scott Dickinson, Esq. (NSB 002297)
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
bsd@thorndal.com

Attorneys for White Hawks Auto LLC.

DATED this 20th day of June 2025.

MCKICKLE, KUREY & BRANCH, LLP

By: /s/ *Tania J. Moore*
Tania J. Moore, Esq.
217 Rosewell St., Suite 200
Alpharetta, CA 30009
Tel: (678) 824-7840
tmoore@mkblawfirm.com
-and-
Timothy F. Hunter, Esq.
RAY LEGO & ASSOCIATES

Attorneys for Northland Insurance Company

Based on the parties' stipulation, White Hawks Auto LLC, Northland Insurance Company, and Luberner International Ins. Agency Inc. are dismissed with prejudice, with each party to bear its own costs and fees.

_____
UNITED STATES DISTRICT JUDGE
Dated: June 24, 2025